**POOLE & SHAFFERY, LLP**
David S. Poole (SBN 94690)
  dpoole@pooleshaffery.com
Samuel R.W. Price (SBN 255611)
  sprice@pooleshaffery.com
400 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 439-5390
Facsimile:  (213) 439-0183

Attorneys for Defendants
MICHAEL GERARD FLANAGAN, an individual,
dba Debt Enforcement Law Group, dba Law Office
of Mike Flanagan;
MICHAEL GERARD FLANAGAN,
as trustee of The Michael and Alice Flanagan Family
Trust dated July 25, 2009;
ALICE YICK FLANAGAN,
as trustee of The Michael and Alice Flanagan Family
Trust dated July 25, 2009; and
VIDEO SYMPHONY, LLC,
a California limited liability company

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VIDEO SYMPHONY ENTERTRAINING, INC., etc.,<br><br>　　　　　Debtor. | Case No.: 2:15-bk-14744-BB<br>[Chapter 7] |
| RICHARD K. DIAMOND, as Chapter 7 Trustee,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL GERARD FLANAGAN, an individual, dba Debt Enforcement Law Group, dba Law Office of Mike Flanagan; MICHAEL GERARD FLANAGAN, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009; ALICE YICK FLANAGAN, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009; VIDEO SYMPHONY, LLC, a California limited liability company,<br><br>　　　　　Defendants. | Adv. No.: 2:16-ap-01294-BB<br><br>**DECLARATION OF MICHAEL FLANAGAN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>[Related to Docket No. 25]<br><br>Date:　　November 29, 2016<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 1539<br>　　　　　Roybal Federal Building<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012 |

1
**DECLARATION OF MICHAEL FLANAGAN IN SUPPORT OF OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

**DECLARATION OF MICHAEL G. FLANAGAN**

I, MICHAEL G. FLANAGAN, declare as follows:

1. I am a party to the present action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto under oath.

2. I have been, since 1998, the President and majority shareholder of Video Symphony EnterTraining, Inc. ("Video Symphony"), the debtor in the underlying bankruptcy matter. I am presently the sole shareholder of Video Symphony.

3. Video Symphony operated a for-profit school, which provided vocational instruction to students. Upon enrolling in the Video Symphony program, each of the students completed and executed an Enrollment Agreement, which explicated the various terms, conditions, and legal obligations of payment for the Video Symphony program, and itemized the precise amount of tuition that each student would be obligated to pay for the educational services and products provided. A true and correct exemplar of an Enrollment Agreement, redacted to protect the privacy rights of the student, is attached hereto as Exhibit "A."

4. Furthermore, many of the students executed a Student Loan Promissory Note and Disclosures ("Promissory Note"), which was signed by the student and any co-signor, and expressly detailed the tuition, finance charges, total payments, and payment schedule for repaying the student loans. A true and correct exemplar of a Promissory Note, redacted to protect the privacy rights of the student, is attached hereto as Exhibit "B."

5. Video Symphony's funding relied, in part, on its students' ability to obtain financial aid in order to pay for the school's tuition. Accordingly, Video Symphony entered into an agreement with the United States Department of Education ("DOE"), allowing Video Symphony to participate in federal student financial aid programs. In mid-2013, Video Symphony began to experience difficulties in obtaining payments from the DOE for students' tuition. Eventually, Video Symphony began to experience serious cash flow problems. Unable to obtain funding from other sources, I undertook to personally provide cash flow to Video Symphony, and to also pay certain of Video Symphony's outstanding obligations.

6. On June 15, 2014, I executed a Bill of Sale ("First Bill of Sale"), pursuant to which

2

**DECLARATION OF MICHAEL FLANAGAN IN SUPPORT OF OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

I made a payment of $100,000 in cash to Video Symphony, and also made payment of $700,000 to Community Bank, where Video Symphony had an outstanding line of credit. In exchange for the $800,000 in value being provided to Video Symphony, Video Symphony conveyed to me certain assets, namely the accounts receivable for outstanding balances owed to Video Symphony by students who had signed an Enrollment Agreement to enroll in a Video Symphony vocational certificate program that started on or before July 1, 2013. The accounts conveyed to me were documented by Video Symphony Enrollment Agreements and Promissory Notes, which were physically transferred to me so that I could collect on the outstanding receivables. A true and correct copy of the First Bill of Sale is attached as Exhibit "1" to the Complaint [Doc 25-1 at pages 28-29 of 77].

7. On December 17, 2014, I executed another Bill of Sale ("Second Bill of Sale"), pursuant to which I made a payment of $850,000 to Community Bank to fully satisfy Video Symphony's outstanding line of credit. In exchange for the $850,000 in value being provided to Video Symphony, Video Symphony conveyed to me the accounts receivable for outstanding balances owed to Video Symphony by students who had signed an Enrollment Agreement to enroll in a Video Symphony vocational certificate program that started after July 1, 2013. The accounts conveyed to me were documented by Video Symphony Enrollment Agreements and Promissory Notes, which were physically transferred to me so that I could collect on the outstanding receivables. A true and correct copy of the Second Bill of Sale is attached as Exhibit "2" to the Complaint [Doc 25-1 at pages 31-32 of 77].

8. I have continuously maintained possession of the Enrollment Agreements and Promissory Notes transferred by Video Symphony pursuant to the two Bills of Sale at all times.

9. I have undertaken action to collect on some of the debts evidenced by the Enrollment Agreements and Promissory Notes. Having undertaken these efforts to collect on the Accounts, it is clear that the Accounts are not now, and were not at the time, worth the $1,650,000 that I paid to and for the benefit of Video Symphony, but are instead worth far less.

///

///

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on November 8, 2016, at Altadena, California.

*/s/ Mike Flanagan*
_____
Michael Flanagan

# EXHIBIT "A"

# VIDEO SYMPHONY CAREER TRAINING
## PROGRAM ENROLLMENT AGREEMENT

| | |
|---|---|
| STUDENT NAME: [redacted] | DOB: |
| STREET ADDRESS: [redacted] | CITY: North Hollywood |
| ST: CA    ZIP: 91606    HM PHONE: | CELL: [redacted] |
| EMAIL ADDRESS: [redacted] | |

SHORT TITLE OF PROGRAM: TV & Film Editing Program

START DATE: 8/21/2013                    ESTIMATED GRADUATION DATE: 10/25/2014

PROGRAM LENGTH: 14    months        PROGRAM SCHEDULE: W-F 9a-6p

PERIOD COVERED BY ENROLLMENT AGREEMENT: 8/21/2013    TO    10/25/2014

PROGRAM*: 1440        TOTAL CLOCK HOURS   72        TOTAL CREDITS  72

*Includes a mix of in-class lecture and hands-on class time, as well as assisted and self-led lab time.

**THE TOTAL COST FOR ALL FEES THAT STUDENT/PAYER MUST PAY IS: $33,235.50**

***STUDENT – PLEASE READ CAREFULLY: YOU ARE RESPONSIBLE FOR THIS AMOUNT.***

By signing below, I agree to all of the following: a) That this agreement is a legally binding instrument when signed by me, b) To be liable for payment for the Program if a Sponsoring Company (except for Department of Rehabilitation) fails to pay VS in a timely manner, c) That if I have a third-party payer, VS may discuss with them my academic and financial progress, d) If I get a student loan, I am responsible for repaying the loan amount plus any interest and e) that Itemization of Charges on page 7 was explained to me so that I understand the Total Program Cost.

**Binding Arbitration** – Any dispute arising from enrollment at Video Symphony no matter how described, pleaded or styled, shall be resolved by binding arbitration under the Federal Arbitration Act conducted by the American Arbitration Association ("AAA") at Los Angeles, California, under its Commercial Rules. The award rendered by the arbitrator may be entered in any court having jurisdiction.

x *Britt [signature]*                    8-5-13                    [redacted]
Student Signature                        Date                    Social Security Number (required)

Any questions a student may have regarding this enrollment agreement that have not been satisfactorily answered by the institution may be directed to the Bureau for Private Postsecondary Education at P.O. Box 980818, Sacramento, CA 95798-0818, www.bppe.ca.gov, (916) 574-7720. A student or any member of the public may file a complaint about this institution with the Bureau for Private Postsecondary Education by calling (888) 370-7589 or by completing a complaint form, which can be obtained from www.bppe.ca.gov.

Rev 01Jun2013

# VIDEO SYMPHONY CAREER TRAINING
# PROGRAM ENROLLMENT AGREEMENT

1. THIS AGREEMENT covers the enrollment of Student in a Video Symphony ("VS") Career Training Program ("Program"). There is no other Agreement covering Student's enrollment............................. BK (initial)
2. POLICIES: Student agrees to comply with any VS Policies & Procedures that may be issued. Student has received a copy of any printed Policies & Procedures. ............................................................. BK (initial)
3. LEGAL POLICIES: I have read Student Loans, Cancellation, Late Fees, Collection and Attorney's Fees and Limited Liability, Withdrawal and Refund Policies policies stated below. ............................ BK (initial)
4. FERPA: I understand I am protected as a student under The Family Educational Rights and Privacy Act (FERPA). For details I can visit this link: http://www.ed.gov/policy/gen/guid/fpco/ferpa/index.html. To be removed from the school directory as defined by FERPA, I must send a request to studentservices@vs.edu............................................................................................. BK (initial)
5. CLERY ACT: I may view the campus security report (updated annually) for Video Symphony at the following URL: http://www.vs.edu/data/campussecurity.pdf. This report and detailed policies will also be distributed in printed format during orientation. ................................................................................................................................................ BK (initial)
6. DEMO PROJECT: If Student qualifies for and finishes a demo project on VS equipment, then Student will provide a copy of the demo project to VS which VS may use for promotional purposes................ BK (initial)
7. TOUR: Student made an initial visit to and received a tour of VS prior to signing this Agreement, or has chosen not to, solely at Student's convenience............................................................................. BK (initial)
8. CATALOG OR BROCHURE: Prior to signing this enrollment agreement, you must be given a catalog or link to a catalog or brochure. The catalog can also be found online at the following URL: http://www.vs.edu/data/catalog.pdf Student acknowledges having received and sufficient time to read VS's Catalog and any supplement, this Enrollment Agreement with the various legal policies (see 3 above), and Itemization of Charges explained below. ....................................................................................................................... BK (initial)
9. SCHOOL PERFORMANCE FACT SHEET: Prior to signing this enrollment agreement, you must be given a School Performance Fact Sheet, which you are encouraged to review prior to signing this agreement. These documents contain important policies and performance data for this institution. This institution is required to have you sign and date the information included in the School Performance Fact Sheet relating to completion rates, placement rates, license examination passage rates, and salaries or wages, prior to signing this agreement. I certify that I have received the catalog, School Performance Fact Sheet, and information regarding completion rates, placement rates, license examination passage rates, and salary or wage information included in the School Performance Fact sheet, and have signed, initialed, and dated the information provided in the School Performance Fact Sheet.................................................................. BK (initial)
10. Video Symphony makes no guarantee that Student will find employment, nor of any particular wage if employment is found................................................................................................................... BK (initial)
11. Student understands that an admission requirement for Video Symphony is graduation from high school or its equivalency. ............................................................................................................................

**I hereby certify that I graduated from high school (or received a GED):**

**High School/Testing Center:** Strongsville High School        **Year:** 2004

**Location (City & State):** Strongsville, OH .......................................................... BK (initial)

Rev 01Jun2013

# VIDEO SYMPHONY CAREER TRAINING
# PROGRAM ENROLLMENT AGREEMENT

## Student Loans, Student's Right to Cancel, Late Fees, Collection and Attorney's Fees

**Student Loans** – By taking classes at Video Symphony Student may be eligible to receive federal, state, or private student grants and loans. In the event that you choose to use funds from a student loan of any kind to pay Video Symphony, please be aware of the following:

IF YOU OBTAIN A LOAN TO PAY FOR A VIDEO SYMPHONY PROGRAM, IT IS YOUR RESPONSIBILITY TO REPAY THE FULL AMOUNT OF THE LOAN PLUS INTEREST. ANY REFUND FROM VIDEO SYMPHONY WILL BE SENT DIRECTLY TO YOU OR A THIRD PARTY THAT PAID US DIRECTLY FOR YOUR PROGRAM FEE. VIDEO SYMPHONY IS NOT RESPONSIBLE FOR LOAN ARRANGEMENTS THAT YOU MAKE WITH ANY OTHER PARTY. VIDEO SYMPHONY MAY DIRECTLY CONTACT YOUR LOAN CO-SIGNER WITH INFORMATION ABOUT YOUR ACADEMIC AND/OR FINANCIAL PROGRESS.

IF YOU ARE ELIGIBLE FOR A LOAN GUARANTEED BY THE FEDERAL OR STATE GOVERNMENT AND DEFAULT ON THE LOAN, BOTH OR ONE OF THE FOLLOWING MAY OCCUR: (1) THE FEDERAL OR STATE GOVERNMENT OR A LOAN GUARANTEE AGENCY MAY TAKE ACTION AGAINST YOU, INCLUDING APPLYING ANY INCOME TAX REFUND TO WHICH YOU ARE ENTITLED TO REDUCE THE BALANCE OWED ON THE LOAN, (2) YOU MAY NOT BE ELIGIBLE FOR ANY OTHER FEDERAL STUDENT FINANCIAL AID AT ANOTHER INSTITUTION OR OTHER GOVERNMENT ASSISTANCE UNTIL THE LOAN IS REPAID.

**Student's Right to Cancel** - Student has the right to cancel this agreement anytime until seven days after the first day of class attendance. Cancellation occurs when Student gives written notice of cancellation to the school. VS shall refund any consideration paid by Student less the application fee up to $100, a nonrefundable registration fee up to $150.00 (total nonrefundable fees not to exceed $250), and less a 3% credit card transaction fee, if applicable, within 45 days after it receives notice of cancellation. If VS cancels the program start or rejects the student's application then all fees will be refunded in full.

**Late Fees** – Student will be assessed a late fee/re-registration fee of $250, in addition to interest computed at the rate of 1.5% per month, if any payment due to Video Symphony is not paid within 10 days of its due date.

**Collection and Attorney's Fees; Limited Liability** - Student agrees to pay any reasonable collection fees imposed by a collection agency acting on behalf of VS pursuant to Student's legal obligation to pay for the Training. Should suit, mediation or arbitration be brought to enforce or interpret any part of this document, the prevailing party shall be entitled to recover, as an element of the costs of suit, mediation, or arbitration and not as damages, reasonable attorneys' fees to be fixed by the court (including, without limitation, costs, expenses and fees on any appeal). The prevailing party shall be the party entitled to recover its costs of suit or arbitration, regardless of whether such suit or arbitration proceeds to final judgment or whether appealed. The prevailing party shall also be entitled to recover reasonable costs incurred to enforce a judgment rendered in litigation or arbitration.
    Student's liability is generally limited to unpaid tuition and fees (including late fees, collection fees, attorney fees) plus any property damage caused by negligent or intentional acts (including violations of copyright law). VS's liability is limited to the amount of tuition and fees paid by or on behalf of Student. Liability for consequential damages is disclaimed.

BK _(initial)

Rev 01Jun2013

# VIDEO SYMPHONY CAREER TRAINING
# PROGRAM ENROLLMENT AGREEMENT

## California's Student Tuition Recovery Fund

You must pay the state-imposed assessment for the Student Tuition Recovery Fund (STRF) if all of the following applies to you:
1. You are a student, who is a California resident and prepays all or part of your tuition either by cash, guaranteed student loans, or personal loans, and
2. Your total charges are not paid by any third-party payer such as an employer, government program or other payer unless you have a separate agreement to repay the third party.

You are not eligible for protection from the STRF and you are not required to pay the STRF assessment, if either of the following applies:
1. You are not a California resident.
2. Your total charges are paid by a third party, such as an employer, government program or other payer, and you have no separate agreement to repay the third party.

The State of California created the Student Tuition Recovery Fund (STRF) to relieve or mitigate economic losses suffered by California residents who were students attending certain schools regulated by the Bureau for Private Postsecondary Education.

You may be eligible for STRF if you are a California resident, prepaid tuition, paid the STRF assessment, and suffered an economic loss as a result of any of the following:

1. The school closed before the course of instruction was completed.
2. The school's failure to pay refunds or charges on behalf of a student to a third party for license fees or any other purpose, or to provide equipment or materials for which a charge was collected within 180 days before the closure of the school.
3. The school's failure to pay or reimburse loan proceeds under a federally guaranteed student loan program as required by law or to pay or reimburse proceeds received by the school prior to closure in excess of tuition and other cost.
4. There was a decline in the quality of the course of instruction within 30 days before the school closed or, if the decline began earlier than 30 days prior to closure, the period of decline determined by the Bureau.
5. An inability to collect on a judgment against the institution for a violation of the Act.

NOTE: Authority cited: Sections 94803, 94877 and 94923, Education Code. Reference: Section 94923, Education Code. Bureau for Private Postsecondary Education P.O. Box 980818 West Sacramento, CA 95798-0818

_BK_ (initial)

Rev 01Jun2013

**VIDEO SYMPHONY CAREER TRAINING**
**PROGRAM ENROLLMENT AGREEMENT**

**Withdrawal and Refund** – Student has the right to withdraw at any time and may be due a refund if Student has completed less than 60% of any academic term. Student can withdraw by submitting a withdrawal form to the Registrar. If Student is due a refund, VS will remit a refund within 45 days following withdrawal. Any refund for payments by credit card shall be based on the net proceeds to the school after accounting for a 3% transaction fee. If Student withdraws prior to 60% completion of the term, the refund shall be the "Instruction Cost", which is the total amount the student paid for the term less:

- the non-refundable registration fee of $150.00,
- the non-refundable application fee of $85.00,
- the non-refundable STRF Fee for CA residents,
- cost of all courseware and hardware disbursed to the student
- CA sales tax on the disbursed courseware and hardware

multiplied by one (1) minus a fraction, the numerator of which is the number of days from the start of the term to either the withdrawal date or 15 days after the last attendance date, whichever is earlier, and the denominator of which is the total number of days in that award year.

All refunds will be issued in the following order:
1. Federal loans/grants;
2. Lenders;
3. Non-student payers;
4. Student.

See the next page for example refund calculations

_DK_ (initial)

Rev 01Jun2013

**VIDEO SYMPHONY CAREER TRAINING
PROGRAM ENROLLMENT AGREEMENT**

**Example Refund Calculations**

**VIDEO SYMPHONY CAREER TRAINING
PROGRAM ENROLLMENT AGREEMENT**

**Example Refund Calculation 1:**

Number of Terms: 4
Total Program Days: 320
Total Instruction Cost: $30,000

Term: 1
Term Days:
Instruction Cost: $7500

| Progress* | Days Received | Refund on Withdrawal** |
|---|---|---|
| 10% | 8 | $ 6,750.00 |
| 25% | 20 | $ 5,625.00 |
| 50% | 40 | $ 3,750.00 |
| 59% | 47 | $ 3,075.00 |
| 60% | 48 | $0 |

\* Progress is the number of days from the start of the term to either the withdrawal date or 15 days after the last attendance date, whichever is earlier, divided by the number of days in the term.

\*\* Plus any money paid toward future terms

**Example Refund Calculation 2:**

If Student pays Instruction Cost of $30,000.00 for a 60 credit hour program and the first term is 15 credit hours over 80 days, then the instruction cost for the first term is ($30,000* [15 hrs/60 hrs]) = $7,500.00. If the student then withdraws after 40 days of instruction tuition refund would be $3,750 ($7500.00 x [1-40/80]).

BK (initial)

Rev 01Jun2013

**VIDEO SYMPHONY CAREER TRAINING**
**PROGRAM ENROLLMENT AGREEMENT**

## Itemization of Charges

*Your Total Costs are determined as follows:*

| | |
|---|---|
| 1. Class Manuals & Equipment | $3,600.00 |
| 2. Instruction Fee | $29,145.00 |
| 3. Non-refundable Registration Fee: | $150.00 |
| 4. Certificate Program Total Tuition and Fees (1 + 2 + 3) | $32,895.00 |
| 5. Sales Tax on Class Manuals ( 9 %) | $324.00 |
| 6. Non-refundable STRF Fee (Assessed by the Bureau of Private Postsecondary Education for CA residents) | $16.50 |
| **Total Charges for Current Billing Period** | $7,000 |
| **Total Cost You Are Obligated to Pay** | $33,235.50 |

Video Symphony accepts personal check, cashier's check, money order, Visa, MasterCard, American Express, and Discover for phone, internet and in-person registration for all costs not already covered by financial aid.

I understand that this is a legally binding contract. My signature below certifies that I have read, understood and agreed to my rights and responsibilities, and that Video Symphony's cancellation and refund policies have been clearly explained to me.

X _[signature]_
Student Signature

X _[signature]_
Name, Signature & Title of Authorized Video Symphony Representative


**Video Symphony EnterTraining, Inc.**
**266 E. Magnolia Blvd.**
**Burbank, CA  91502**
**800-871-2843**
www.videosymphony.com
**Established 1994, State of California Incorporation 1996**

Rev 01Jun2013

# EXHIBIT "B"

# Student Loan Promissory Note and Disclosures

**Date of Note:** ▇▇▇▇▇▇

Borrower: ▇▇▇▇▇▇     Home Phone ▇▇▇▇▇▇     Alt. Phone: ▇▇▇▇▇▇
Address: ▇▇▇▇▇▇     Email Address: ▇▇▇▇▇▇

| | |
|---|---|
| The interest rate you will pay on this loan is: | 9.00 % |
| The loan fee for this loan in U.S. dollars: | 462.50 |

**Program Enrolled In:** **TV & Film Editing**
**Disbursement Date:** 6/25/2014

### Itemization of the Amount Financed

1. Cash Price
    - a. Tuition — $29,295.00
    - b. Books, including Sales Tax — $1,199.00
    - c. Non-refundable Application Fee — $85.00
    - d. Non-refundable STRF Fee — $15.00
    - e. — $0.00
2. Total Cash Price: $30,594.00
3. Less Deductions:
    - a. Cash Down Payment — $85.00
    - b. Downpayment — $1,500.00
    - c. TIP Plan — $2,100.00
    - d. Federal Student Aid — $8,409.00
4. Total Deductions: $12,094.00
5. Amount Financed: $18,500.00
6. Non-refundable Loan Fee: 462.50
7. Loan Amount: $18,962.50

In this Student Loan Promissory Note (Note), the words I, me, mine, and my mean each and all of those who signed it as Borrower and Co-Signer (where applicable). The words you, your, and yours mean Video Symphony or anyone legally entitled to receive payments from me.

PROMISE TO PAY:     I promise to pay the Total of Payments in the number and amount of the installments and on the dates as shown below at your address, or to the address of one legally entitled to receive payments. This Note is associated with the school Enrollment Agreement between Borrower and Video Symphony, for which this Note is a method of Borrower's payment. All amounts are shown and payable in U.S. Dollars.

NOTICE: Any Holder of this Note is subject to any claim or defense that Borrower could assert against Video Symphony per the Enrollment Agreement. Any claim or defense shall not exceed the amount paid plus the amount owed by Borrower.

| 5. Amount Financed<br>The amount of credit provided to me or on my behalf | 8. FINANCE CHARGE<br>The dollar amount the credit will cost me | 9. Total of Payments<br>The amount I will have paid after I have made all payments as scheduled. | 10. Total Sales Price<br>The total cost of my purchase on credit, including my down payment of    $85.00 | 11. ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. |
|---|---|---|---|---|
| $18,500.00 | $11,581.15 | $30,080.60 | 3.a. + 9.    $30,165.60 | 10.6 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of payments: | Amount of each payment: | Payments are due monthly, the same day of each month beginning: |
|---|---|---|
| **110** | **$273.46** | **May 25, 2015** |
| 0 | $0.00 | |

*By signing below, Borrower and Co-Signer (where applicable) acknowledge receipt of a complete and true copy of this Promissory Note and jointly and severally agree to all the terms and conditions.*

Borrower: _____ Date:_____

Co-Signer:_____ Date:_____

**Co-Signer Information:**



LATE CHARGE:   If any part of a payment is more than 5 days late I will be charged 10% of the payment, minimum $10.00. _____ (initials)

DEFAULT:   I will be in default if I fail to pay in full three consecutive installments within 10 days of the third due date. At that time thereafter the interest rate may change to 18% per annum, and Video Symphony or the Holder of this Note may demand in full the unpaid balance, earned finance charge, plus any attorney fees, collection expenses, court costs and pre-judgment interest as allowed by

AMOUNT FINANCED:  The Amount Financed will be credited to my account.

PREPAYMENT:    I may prepay my balance due in full any time without penalty.  My account will be credited for any unearned finance charge.  The words "paid in full" or any other restrictive endorsements will not have any effect on my account.  If any of my payments are not honored by my bank I will be charged a minimum of $25.00 or up to the highest amount allowed by law.

COMMENCEMENT OF FINANCE CHARGE:   The finance charge will begin to accrue on the disbursement date.

SUBSTITUTION:   Video Symphony may substitute services of equal or superior value per the Enrollment Agreement.

CREDIT INFORMATION:   You may investigate my credit history and furnish information concerning myself to any person or firm who may lawfully receive it.

INVALID PART OF NOTE:    If any part of this Note is invalidated by law, the remaining provisions shall remain in force.

**NOTICE TO BUYER:**
1. DO NOT SIGN THIS NOTE BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE.    2. YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS NOTE WHEN YOU SIGN IT.    3. YOU HAVE THE RIGHT TO PREPAY THE FULL AMOUNT DUE WITHOUT PENALTY OR ASSESSMENT OF ANY UNACCRUED FINANCE CHARGE. 4. IF YOU PREPAY THE NOTE, YOU ARE ENTITLED TO PRIOR DISCLOSURE OF THE PAYOFF AMOUNT.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
400 South Hope Street, Suite 1100, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MICHAEL FLANAGAN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- i    Michael Jay Berger    michael.berger@bankruptcypower.com; yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
- i    Michael G D'Alba    mgd@dgdk.com, DanningGill@gmail.com; mdalba@ecf.inforuptcy.com
- i    Richard K Diamond (TR)    RKDTrustee@dgdk.com; rdiamond@ecf.epiqsystems.com; DanningGill@Gmail.com
- i    Howard Kollitz    HKollitz@DGDK.Com; DanningGill@gmail.com; hkollitz@ecf.inforuptcy.com
- i    Dean G Rallis    drallis@afrct.com, msinclair@afrct.com; AFRCTECF@afrct.com; mpham@afrct.com; yblum@afrct.com
- i    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 8, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482 / Courtroom 1475
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2016 | Samuel R.W. Price | /s/ Samuel R.W. Price |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**