| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>POOLE & SHAFFERY, LLP<br>David S. Poole (SBN 94690)<br>  dpoole@pooleshaffery.com<br>Samuel R.W. Price (SBN 255611)<br>  sprice@pooleshaffery.com<br>400 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 439-5390<br>Facsimile:  (213) 439-0183 | FOR COURT USE ONLY |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendant Michael Flanagan | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>Los Angeles</u> DIVISION**

| | |
|---|---|
| In re:<br><br>VIDEO SYMPHONY ENTERTRAINING, INC.<br><br><br><br>                                  Debtor(s). | CASE NO.:  2:15-bk-14744-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:16-ap-01294-BB |
| RICHARD K. DIAMOND, as Chapter 7 Trustee,<br><br>                                  Plaintiff(s),<br><br>vs.<br><br>MICHAEL GERARD FLANAGAN, an individual, dba Debt Enforcement Law Group, dba Law Office of Mike Flanagan; MICHAEL GERARD FLANAGAN, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009; ALICE YICK FLANAGAN, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009; VIDEO SYMPHONY, LLC, a California limited liability company,<br><br>                                  Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:**  (*title of motion*[1]):  <u>(OPPOSITION TO) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION</u>

was lodged on (*date*) <u>November 8, 2016</u> and is attached.  This order relates to the motion which is docket number 25.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**POOLE & SHAFFERY, LLP**
David S. Poole (SBN 94690)
 dpoole@pooleshaffery.com
Samuel R.W. Price (SBN 255611)
 sprice@pooleshaffery.com
400 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 439-5390
Facsimile:  (213) 439-0183

Attorneys for Defendants
MICHAEL GERARD FLANAGAN, an individual,
dba Debt Enforcement Law Group, dba Law Office
of Mike Flanagan;
MICHAEL GERARD FLANAGAN,
as trustee of The Michael and Alice Flanagan Family
Trust dated July 25, 2009;
ALICE YICK FLANAGAN,
as trustee of The Michael and Alice Flanagan Family
Trust dated July 25, 2009; and
VIDEO SYMPHONY, LLC,
a California limited liability company

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:15-bk-14744-BB<br>[Chapter 7] |
| VIDEO SYMPHONY ENTERTRAINING, INC., etc., | |
| Debtor. | |
| RICHARD K. DIAMOND, as Chapter 7 Trustee, | Adv. No.: 2:16-ap-01294-BB |
| Plaintiff, | **DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| v. | |
| MICHAEL GERARD FLANAGAN, an individual, dba Debt Enforcement Law Group, dba Law Office of Mike Flanagan; MICHAEL GERARD FLANAGAN, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009; ALICE YICK FLANAGAN, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009; VIDEO SYMPHONY, LLC, a California limited liability company, | [Related to Docket No. 25]<br><br>Date:   November 29, 2016<br>Time:   2:00 p.m.<br>Place:  Courtroom 1539<br>        Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |
| Defendants. | |

1
**DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

Defendant MICHAEL GERARD FLANAGAN, an individual, dba Debt Enforcement Law Group, dba Law Office of Mike Flanagan ("Defendant"), hereby responds to Plaintiff's Statement of Uncontroverted Facts with the following Statement of Genuine Issues in Opposition to Plaintiff's Motion for Partial Summary Adjudication.

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 1. Video Symphony Entertraining, Inc. (the "Debtor") is a corporation organized under California law which operated a "for profit" school located in Burbank, California, providing vocational training for jobs in the entertainment industry.<br><br>Ex. 1-1 ¶ 16 (Complaint); Ex. 2-1 ¶ 16 (Answer). | Undisputed. |
| 2. Defendant Michael Gerard Flanagan ("Michael") is the President and a Director of the Debtor.<br><br>Ex. 1-1 ¶ 17 (Complaint); Ex. 2-1 7 (Answer). | Undisputed. |
| 3. Michael is the sole shareholder of the Debtor.<br><br>Ex. 4-1 ¶ 21 (Statement of Financial Affairs). | Undisputed. |

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 4.     Michael is a lawyer and an active member of the California State Bar.  Ex. 1-1 ¶ 3 (Complaint); Ex. 2-1 ¶ 3 (Answer). | Undisputed. |
| 5.     The Debtor and its students entered into agreements requiring, among other things, students to pay tuition to attend the Debtor's school and for the Debtor to provide educational instruction to the students.  Ex. 1-1 ¶ 18 (Complaint); Ex. 2-1 ¶ 18 (Answer). | Undisputed. |
| 6.     The Debtor extended credit to hundreds of its students, who thereby became indebted to the Debtor.  Ex. 1-1 ¶ 18 (Complaint); Ex. 2-1 ¶ 18 (Answer). | Undisputed. |

| Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence: | Defendant's Response and Supporting Evidence: |
|---|---|
| 7.     By a Bill of Sale dated June 15, 2014 (the "First Bill of Sale"), the Debtor sold to Michael all of the Debtor's interests in certain student "accounts receivable" for students who agreed to, and did, enroll in programs which started before July 1, 2013.<br><br>Ex. 1-1 ¶ 19 (Complaint); Ex. 2-1 ¶ 19 (Answer). | Undisputed. |
| 8.     Michael personally drafted the First Bill of Sale and signed the First Bill of Sale on behalf of both himself, as "buyer," and on behalf of the Debtor, as "seller."<br><br>Ex. 1-1 ¶ 19 (Complaint); Ex. 2-1 ¶ 19 (Answer). | Undisputed. |
| 9.     The First Bill of Sale states that the purchase price for the accounts receivable that were the subject of the First Bill of Sale was $800,000.<br><br>Ex. 1-1 ¶ 20 (Complaint); Ex. 2-1 ¶ 20 (Answer). | Undisputed. |

POOLE▪SHAFFERY
400 SOUTH HOPE STREET, SUITE 1100, LOS ANGELES, CA 90071
TELEPHONE: (213) 439-5390   FACSIMILE: (213) 439-0183

| Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence: | Defendant's Response and Supporting Evidence: |
|---|---|
| 10.    By a Second Bill of Sale dated December 17, 2014 (the "Second Bill of Sale"), the Debtor sold to Michael all of the Debtor's interests in certain student "accounts receivable" for students who agreed to, and did, enroll in programs that started (on or) after July 1, 2013.<br><br>Ex. 1-1 ¶ 21 (Complaint); Ex. 2-1 ¶ 21 (Answer). | Undisputed. |
| 11.    The Second Bill of Sale states that the purchase price for the accounts receivable that were the subject of the Second Bill of Sale was $850,000.<br><br>Ex. 1-1 ¶ 22 (Complaint); Ex. 2-1 ¶ 22 (Answer). | Undisputed. |

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 12.   No financing statement under the California Uniform Commercial Code (the "UCC") was ever filed with the California Secretary of State or otherwise in connection with the sales of the accounts receivable which were the subject of the two (2) Bills of Sale (collectively, the "Accounts"). Ex. 1-1 ¶ 25 (Complaint); Ex. 2-1 ¶ 25 (Answer). Ex. 1-1 ¶ 42 (Complaint); Ex. 2-1 ¶ 42 (Answer). | Undisputed. |
| 13.   The only documentation of the Debtor's sale to Michael of the Accounts consists of the two (2) Bills of Sale. Ex. 5-1 at p. 1, line 27, through page 3, line 12 (11 U.S.C. § 341(a) Transcript). | Undisputed that those are the only documents of the sale of the Accounts, but disputed that those are the only documents related to the sale of the Accounts. The Accounts, which consist of Enrollment Agreements and Promissory Notes, were transferred by Video Symphony to Flanagan pursuant to the Bills of Sale. See Flanagan Decl. at ¶¶ 3, 4, 6-8. |

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 14.    Michael formed Video Symphony, LLC on April 2, 2015 to collect on the Accounts and Michael assigned to Video Symphony, LLC rights to collect the Accounts.<br><br>Ex. 1-1 ¶ 28 (Complaint); Ex. 2-1 ¶ 28 (Answer). | Undisputed. |
| 15.    Michael and Video Symphony, LLC have made demand for payment of the Accounts.<br><br>Ex. 1-1 ¶ 29 (Complaint); Ex. 2-1 ¶ 29 (Answer). | Undisputed to the extent that demand for payment has been made on some, but not all, of the Accounts. |
| 16.    Michael and Video Symphony, LLC have commenced at least 56 actions in the Superior Court to compel payment of the Accounts.<br><br>Ex. 1-1 ¶ 30 (Complaint) and Ex. 3 to Complaint (List of Superior Court actions); Ex. 2-1 ¶ 30 (Answer). | Undisputed to the extent that the statement refers to collection actions commenced by Michael Flanagan on behalf of Video Symphony, LLC, to collect on the Accounts. |

**DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 17.    Michael is representing himself and Video Symphony, LLC in the collection actions to compel payment of the Accounts.<br><br>Ex. 1-1 ¶ 31 (Complaint); Ex. 2-1 ¶ 31 (Answer). | **Disputed.**  Michael Flanagan is representing Video Symphony, LLC, in the collection actions to collect on the Accounts, but is not representing himself in any such actions.<br><br>Flanagan Decl., ¶ ___ |

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 18.     Michael testified that the Accounts were worth $1,650,000.00, when he offered to sell them for this amount.<br><br>Ex. 5-1 at p. 4, lines 6-7 (11 U.S.C. § 341(a) Transcript). | **Disputed.**<br>Objection:  The alleged fact misstates the evidence relied upon: Mr. Flanagan expressed a willingness to discuss a sale of the Accounts for $1,650,000.00, but did not testify as to the value of Accounts.  See Pl's Ex. 5-1 at p. 4, lines 6-7.  Furthermore, Flanagan has determined that the value of the Accounts is not now and never was $1,650,000, but is actually far less.  See Flanagan Decl. at ¶ 9.  Furthermore, the evidence cited by Plaintiff, a purported transcription of a proceeding, has not been properly authenticated.  In the Declaration of Michael D'Alba [Doc 25, page 14 of 15], he provides a certification of the audio recording of the proceeding purportedly referenced, then states that he "provided [his] staff with the [recording] for the purpose of preparing a transcript."  He then states that the document attached as Exhibit 5-1 is a true and correct copy of the transcript prepared by his staff, but he wholly fails to establish that the transcript is a true and accurate representation of the sound recording. |

POOLE■SHAFFERY
400 South Hope Street, Suite 1100, Los Angeles, CA 90071
Telephone: (213) 439-5390   Facsimile: (213) 439-0183

9
**DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

| **Plaintiff's Alleged Uncontroverted Facts and Supporting Evidence:** | **Defendant's Response and Supporting Evidence:** |
|---|---|
| 19.    On March 27, 2015, an involuntary petition for relief under Chapter 7 of Title 11 of the United States Code was filed against the Debtor.<br><br>Ex. 1-1 ¶ 26 (Complaint); Ex. 2-1 ¶ 26 (Answer). | Undisputed. |
| 20.    On August 12, 2015, the Court entered an Order for relief on the Involuntary Petition in the Bankruptcy Case under Chapter 7 of the Bankruptcy Code.<br><br>Ex. 1-1 ¶ 32 (Complaint); Ex. 2-1 ¶ 32 (Answer). | Undisputed. |
| 21.    On August 21, 2015, Richard K. Diamond was appointed as the Chapter 7 trustee in the Bankruptcy Case.<br><br>Ex. 1-1 ¶ 32 (Complaint); Ex. 2-1 ¶ 32 (Answer). | Disputed only in that the Notice of Appointment is dated August 18, 2015, and was filed on August 20, 2015 [Doc. No. 46], and the Trustee's subsequent acceptance of the assignment is dated September 3, 2015 [Doc. No. 52]. |

*///*

*///*

*///*

*///*

POOLE■SHAFFERY
400 SOUTH HOPE STREET, SUITE 1100, LOS ANGELES, CA 90071
TELEPHONE: (213) 439-5390    FACSIMILE: (213) 439-0183

Defendant further sets forth the following Statement of Uncontroverted Facts in Opposition to Plaintiff's Motion for Partial Summary Adjudication.

| **Defendant's Alleged Uncontroverted Facts** | **Supporting Evidence:** |
|---|---|
| 1.  Upon enrolling in the Video Symphony program, each of the Video Symphony students completed and executed an Enrollment Agreement. | Flanagan Decl. at ¶ 3; Ex. "A." |
| 2.  The Enrollment Agreements set forth various terms, conditions, and legal obligations of payment for the Video Symphony program, and outlined the amount of tuition that each student would be obligated to pay for the educational services and products provided. | Flanagan Decl. at ¶ 3; Ex. "A." |
| 3.  Many Video Symphony students also executed a Student Loan Promissory Note and Disclosures ("Promissory Note"), which was signed by the student and any co-signor, and expressly detailed the tuition, finance charges, total payments, and payment schedule for repaying the student loans. | Flanagan Decl. at ¶ 4; Ex. "B." |

11
**DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

| **Defendant's Alleged Uncontroverted Facts** | **Supporting Evidence:** |
|---|---|
| 4.    On June 15, 2014, Flanagan executed a Bill of Sale ("First Bill of Sale"), pursuant to which he made a payment of $100,000 in cash to Video Symphony, and also made payment of $700,000 to Community Bank, where Video Symphony had an outstanding line of credit. | Flanagan Decl. at ¶ 6; see also Exhibit "1" to the Complaint [Doc 25-1 at pages 28-29 of 77]. |
| 5.    In exchange for the $800,000 in value being provided to Video Symphony, Video Symphony conveyed to Flanagan certain assets, namely the accounts receivable for outstanding balances owed to Video Symphony by students who had signed an Enrollment Agreement to enroll in a Video Symphony vocational certificate program that started on or before July 1, 2013. | Flanagan Decl. at ¶ 6; see also Exhibit "1" to the Complaint [Doc 25-1 at pages 28-29 of 77]. |
| 6.    The accounts conveyed to Flanagan in connection with the Second Bill of Sale were documented by Video Symphony Enrollment Agreements and Promissory Notes, which were physically transferred to Flanagan so that he could collect on the outstanding receivables. | Flanagan Decl. at ¶ 6. |

| **Defendant's Alleged Uncontroverted Facts** | **Supporting Evidence:** |
|---|---|
| 7. On December 17, 2014, Flanagan executed another Bill of Sale ("Second Bill of Sale"), pursuant to which he made a payment of $850,000 to Community Bank to fully satisfy Video Symphony's outstanding line of credit. | Flanagan Decl. at ¶ 7; see also Exhibit "2" to the Complaint [Doc 25-1 at pages 31-32 of 77]. |
| 8. In exchange for the $850,000 in value being provided to Video Symphony, Video Symphony conveyed to Flanagan the accounts receivable for outstanding balances owed to Video Symphony by students who had signed an Enrollment Agreement to enroll in a Video Symphony vocational certificate program that started after July 1, 2013. | Flanagan Decl. at ¶ 7; see also Exhibit "2" to the Complaint [Doc 25-1 at pages 31-32 of 77]. |
| 9. The accounts conveyed to Flanagan in connection with the Second Bill of Sale were documented by Video Symphony Enrollment Agreements and Promissory Notes, which were physically transferred to Flanagan so that he could collect on the outstanding receivables. | Flanagan Decl. at ¶ 7. |
| 10. Flanagan has continuously maintained possession of the Enrollment Agreements and Promissory Notes transferred by Video Symphony pursuant to the two Bills of Sale at all times. | Flanagan Decl. at ¶ 8; Complaint at ¶ 33 [Doc 25-1 at page 9 of 77]; Answer at ¶ 33 [Doc 25-1 at page 44 of 77]. |

13

**DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**

| **Defendant's Alleged Uncontroverted Facts** | **Supporting Evidence:** |
|---|---|
| 11.  Flanagan has undertaken action to collect on some of the debts evidenced by the Enrollment Agreements and Promissory Notes. | Flanagan Decl. at ¶ 9; Complaint at ¶ 30 [Doc 25-1 at page 9 of 77]; Answer at ¶ 30 [Doc 25-1 at page 44 of 77]. |
| 12.  Based on the history of efforts to collect on the Accounts, Flanagan has concluded that the Accounts are not now, and were not at the time, worth the $1,650,000 that he paid to and for the benefit of Video Symphony, but are instead worth far less. | Flanagan Decl. at ¶ 9. |

DATED: November 8, 2016                **POOLE & SHAFFERY, LLP**


By:   /s/ Samuel R.W. Price
     David S. Poole
     Samuel R.W. Price
Attorneys for Defendants

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
400 South Hope Street, Suite 1100, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- i   Michael Jay Berger    michael.berger@bankruptcypower.com; yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
- i   Michael G D'Alba    mgd@dgdk.com, DanningGill@gmail.com; mdalba@ecf.inforuptcy.com
- i   Richard K Diamond (TR)    RKDTrustee@dgdk.com; rdiamond@ecf.epiqsystems.com; DanningGill@Gmail.com
- i   Howard Kollitz    HKollitz@DGDK.Com; DanningGill@gmail.com; hkollitz@ecf.inforuptcy.com
- i   Dean G Rallis    drallis@afrct.com, msinclair@afrct.com; AFRCTECF@afrct.com; mpham@afrct.com; yblum@afrct.com
- i   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 8, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482 / Courtroom 1475
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2016 | Samuel R.W. Price | */s/ Samuel R.W. Price* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**