| | |
|---|---|
| 1  WALTER K. OETZELL (State Bar No. 109769) | |
|   woetzell@dgdk.com | |
| 2  MICHAEL G. D'ALBA (State Bar No. 264403) | **FILED & ENTERED** |
|   mdalba@dgdk.com | |
| 3  DANNING, GILL, DIAMOND & KOLLITZ, LLP | |
|   1900 Avenue of the Stars, 11th Floor | **DEC 07 2016** |
| 4  Los Angeles, California 90067-4402 | |
|   Telephone:   (310) 277-0077 | |
| 5  Facsimile:    (310) 277-5735 | CLERK U.S. BANKRUPTCY COURT |
| | Central District of California |
| 6  Attorneys for Plaintiff, Richard K. Diamond, as | BY beaucham DEPUTY CLERK |
|   Chapter 7 Trustee | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-14744-BB |
| VIDEO SYMPHONY ENTERTRAINING, INC. | Chapter 7 |
| Debtor. | |
| | Adv. No. 2:16-ap-01294-BB |
| RICHARD K. DIAMOND, Chapter 7 Trustee, | **SCHEDULING ORDER AFTER HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| Plaintiff, | |
| vs. | |
| MICHAEL GERARD FLANAGAN, an individual and d/b/a Debt Enforcement Law Group and d/b/a Law Office of Mike Flanagan; | Date:   November 29, 2016<br>Time:   2:00 p.m.<br>Place:  Courtroom 1539<br>        255 E. Temple St.<br>        Los Angeles, CA |
| MICHAEL GERARD FLANAGAN, as trustee of the Michael and Alice Flanagan Family Trust dated July 25, 2009; | |
| ALICE YICK FLANAGAN, as trustee of the Michael and Alice Flanagan Family Trust dated July 25, 2009; | Continued hearings & status conference:<br>Date:   April 4, 2017<br>Time:   2:00 p.m.<br>Place:  Courtroom 1539<br>        255 E. Temple St.<br>        Los Angeles, CA |
| VIDEO SYMPHONY, LLC, a California limited liability company, | |
| Defendants. | |

On November 29, 2016 at 2:00 p.m., there came before the Court for hearing the Plaintiff's Motion for Partial Summary Adjudication, *docket no. 25* (the "Motion") filed by Plaintiff, Richard

K. Diamond, the Chapter 7 trustee (the "Trustee" or "Plaintiff") for the Bankruptcy Estate of Video Symphony Entertraining, Inc. (the "Debtor"), The Honorable Sheri Bluebond, Chief United States Bankruptcy Judge, presiding. Walter K. Oetzell and Michael G. D'Alba, of Danning, Gill, Diamond & Kollitz, LLP, appeared for Plaintiff. Samuel R.W. Price, of Poole & Shaffery, LLP, appeared for Defendant Michael Gerard Flanagan ("Defendant").

The Court having read and considered the Motion, other papers, evidence, and arguments of counsel offered in support thereof, and opposition thereto (the "Opposition"), having found that the notice of the Motion was adequate and proper, and good cause appearing, it is hereby

**ORDERED that:**

1. The hearing on the Motion, Plaintiff's Evidentiary Objections to Declaration of Michael G. Flanagan, *docket no. 37* (the "Evidentiary Objections"), and Plaintiff's Motion to Strike Unauthorized Portions of Defendant Michael Gerard Flanagan's Statement of Genuine Issues in Opposition to Plaintiff's Motion for Partial Summary Adjudication, *docket no. 38,* is continued to **April 4, 2017, at 2:00 p.m.**

2. Plaintiff shall file any supplement to the Motion not later than **February 14, 2017.**

3. Defendant shall file any Cross Motion for Summary Adjudication (the "Cross Motion") not later than **February 14, 2017** and any such Cross Motion shall be noticed for hearing on **April 4, 2017 at 2:00 p.m.**

4. Opposition and reply to any supplemented Motion of Plaintiff and the Cross Motion shall be governed by the applicable Federal Rules of Bankruptcy Procedure and by the Local Bankruptcy Rules.

5. The parties may engage in discovery concerning the issues raised by the Motion and Cross Motion as contested matters under Federal Rule of Bankruptcy Procedure 9014 commencing with the date of entry of this Order and continuing for a period of 60 days thereafter. Discovery in this Adversary Proceeding shall not be conducted with respect to any issues except as authorized by this Order.

/ / /

/ / /

6.  The status conference is continued to **April 4, 2017, at 2:00 p.m.**  The parties are relieved of the obligation to file a joint status report or unilateral status report in connection with the April 4, 2017 status conference.

7.  Defendant shall produce to Plaintiff all information and documents in his possession relative to the obligations which Defendant asserts were transferred to him by the Debtor pursuant to the two (2) 2014 Bills of Sale identified in the Motion.

8.  Plaintiff and Defendant shall meet and confer in person to review all of the documents and information in connection with the obligations allegedly transferred to Defendant pursuant to the two (2) Bills of Sale.  Not later than **March 21, 2017**, the parties shall file a stipulation with respect to all such obligations, including, without limitation, all Accounts, all Enrollment Agreements, and all Promissory Notes.

###

Date: December 7, 2016

Sheri Bluebond
United States Bankruptcy Judge