| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| POOLE & SHAFFERY, LLP<br>David S. Poole (SBN 94690)<br>　dpoole@pooleshaffery.com<br>Samuel R.W. Price (SBN 255611)<br>　sprice@pooleshaffery.com<br>400 South Hope Street, Suite 1100<br>Los Angeles, California 90071<br>T: 213.439.5390<br>F: 213.439.0183<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendant Michael G. Flanagan | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>VIDEO SYMPHONY ENTERTRAINING, INC.<br><br><br>Debtor(s). | CASE NO.: 2:15-bk-14744-BB<br>CHAPTER: 7<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>Motion to Amend or Vacate Scheduling Order [Dkt. # 46] and Enter Alternative Scheduling Order</u>

    b. Date of filing of motion: <u>12/13/2016</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Movants request that the Court amend or vacate the Scheduling Order that was erroneously entered herein as Docket No. 46, and enter the alternative, Amended Scheduling Order or, in the alternative, set the Motion to Amend or Vacate the Scheduling Order for hearing on shortened notice.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                          Page 1                                    **F 9075-1.1.APP.SHORT.NOTICE**

    b.   Identify the parties affected by the relief requested in the motion:

        The parties affected by the relief requested are Movant, Michael G. Flanagan, and Plaintiff, Richard K. Diamond.

    c.   State the reasons necessitating a hearing on shortened time:

        Based solely on erroneous portions of the Scheduling Order, specifically the insertion of authorization to propound discovery, which was not ordered by the Court, Plaintiff's counsel has propounded Requests for Production of Documents and Interrogatories on Defendant, and has also noticed Defendant's deposition. Due to the impending deadlines for responding to such discovery, it is imperative that the Scheduling Order be amended or vacated promptly. If the Motion was heard on regular notice, Defendant would be forced to begin preparation of responses to the improper (and exceptionally broad) discovery requests, given that the deadlines for responding to the requests would fall soon after the hearing date. This would significantly prejudice Defendant.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 12/13/2016

POOLE & SHAFFERY, LLP
Printed name of law firm

/s/ Samuel R.W. Price
Signature of individual Movant or attorney for Movant

Samuel R.W. Price
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

400 South Hope Street, Suite 1100, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/13/2016  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/13/2016  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Sheri Bluebond  (By Personal Delivery)
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/2016 | Samuel R.W. Price | /s/ Samuel R.W. Price |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                                    **F 9075-1.1.APP.SHORT.NOTICE**

## PROOF OF SERVICE (cont.)

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michael G D'Alba    mgd@dgdk.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- Richard K Diamond (TR)    RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
- Howard Kollitz    HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
- Walter K Oetzell    woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com
- Samuel Price    sprice@pooleshaffery.com, sabrignani@pooleshaffery.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov