HOWARD KOLLITZ (State Bar No. 059611)
*hkollitz@dgdk.com*
WALTER K. OETZELL (State Bar No. 109769)
*woetzell@dgdk.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Plaintiff, Richard K. Diamond, as
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-14744-BB |
| VIDEO SYMPHONY ENTERTRAINING, INC. | Chapter 7 |
| Debtor. | |
| | Adv. No. 2:16-ap-01294-BB |
| RICHARD K. DIAMOND, Chapter 7 Trustee, | **DECLARATION OF MICHAEL G. D'ALBA RE TRUSTEE'S SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ON CROSS MOTIONS FOR PARTIAL SUMMARY ADJUDICATION** |
| Plaintiff, | |
| vs. | |
| MICHAEL GERARD FLANAGAN, an individual and d/b/a Debt Enforcement Law Group and d/b/a Law Office of Mike Flanagan; MICHAEL GERARD FLANAGAN, as trustee of the Michael and Alice Flanagan Family Trust dated July 25, 2009; ALICE YICK FLANAGAN, as trustee of the Michael and Alice Flanagan Family Trust dated July 25, 2009; VIDEO SYMPHONY, LLC, a California limited liability company, | Date:   October 3, 2017<br>Time:   2:00 p.m.<br>Place:   Courtroom 1539<br>255 E. Temple St.<br>Los Angeles, CA |
| Defendants. | |

1446572.2  1514744A

1

## DECLARATION OF MICHAEL G. D'ALBA

I, Michael G. D'Alba, declare as follows:

1.    I am an associate with the law firm of Danning, Gill, Diamond & Kollitz, LLP ("Danning-Gill"), attorneys for Plaintiff and Movant, Richard K. Diamond as Chapter 7 trustee (the "Trustee" or "Plaintiff") of the Bankruptcy Estate of Video Symphony Entertraining, Inc. (the "Debtor" or "VSE"), the debtor in the above-entitled Bankruptcy Case.  I am duly admitted to practice law in the State of California and before the above-entitled Court.

2.    I have personal knowledge of the facts stated in this Declaration, except those matters that are based upon my information and belief, and as to such matters, I believe such matters to be true.  If called as a witness, I could, and would, testify competently to these facts.

3.    I submit this Declaration in connection with the lodgment of the Trustee's Proposed Findings of Fact and Conclusions of Law Following Hearing of Cross Motions for Partial Summary Adjudication in the above-entitled adversary proceeding (the "Proposed Findings").

4.    On June 13, 2017, I attended the hearing of the parties' Cross Motions for Partial Summary Adjudication (the "Cross Motions") and the Status Conference.

5.    The Court directed the parties to jointly submit proposed findings of fact and conclusions of law on the Cross Motions by August 15, 2017 and continued the hearing of the Cross Motions to August 22, 2017 at 10:00 a.m.

6.    The Defendants are represented by Poole & Shaffery, LLP.

7.    By a letter to Samuel R.W. Price, a partner of Poole & Shaffery, dated June 26, 2017, I requested information necessary to the Findings of Fact and Conclusions of Law.

8.    On July 7, 2017, I phoned Mr. Price because I had received no response to my June 26 letter.  Mr. Price advised that he expected to shortly receive the information I had requested.

9.    On July 25, 2017, I emailed Mr. Price because I had still not received a response to my June 26 letter.  No response was received to my email.

10.    On July 27, 2017, I phoned Mr. Price about my June 26 letter because I had still not received a response.  During the call, Mr. Price advised that he would be attending a conference in Palo Alto, California from July 28 through August 7, 2017.  Later on that day I received a response

1   to my June 26 letter.

2       11.    Mr. Price's response revealed that the parties would have substantial differences

3   needing to be resolved before they could jointly submit the Proposed Findings. Also, because Mr.

4   Price and I each had pre-arranged travel during the month of August, we filed a stipulation to

5   extend the date to submit the Proposed Findings to September 26, 2017, and to further continue the

6   hearing of the Cross Motions to October 3, 2017. The stipulation was approved by the Court.

7       12.    On August 23, 2017, I emailed Mr. Price a complete draft of the Proposed Findings

8   for his review, together with the exhibits. I also told him that I had received a jury service

9   summons for the week of September 4, 2017. No response was received.

10      13.    On August 31, 2017, I emailed Mr. Price to inquire about his clients' feedback

11  regarding the Proposed Findings I had provided on August 23. No response was received to my

12  email.

13      14.    On September 13, 2017, I emailed Mr. Price to again inquire about his clients'

14  feedback regarding the Proposed Findings I had provided on August 23. I told Mr. Price that I

15  would need to unilaterally submit the Proposed Findings if I did not receive his clients' feedback

16  by 3:00 p.m. on September 15, 2017.

17      15.    On September 15, 2017, Mr. Price emailed me an acknowledgement of the delay

18  and said that he would provide feedback on the Proposed Findings as soon as possible.

19      16.    On September 20, 2017, I received feedback from Mr. Price regarding the draft

20  Proposed Findings which I had provided on August 23. Mr. Price provided a copy of the Proposed

21  Findings with his suggested revisions. Minutes later, Defendant Michael Gerard Flanagan

22  ("Michael") directly emailed me to supplement Mr. Price's email with an additional revision.

23      17.    On September 22, 2017, I phoned and then emailed Mr. Price to arrange a phone

24  discussion of his clients' suggested revisions to the Proposed Findings.

25      18.    On September 25, 2017, Mr. Price said he would be available for a call that

26  afternoon. We discussed his clients' suggested revisions. Due to the extensive suggested revisions

27  and the late date when they were presented, it was not possible to reach agreement on the Proposed

28  Findings prior to September 26, 2017, the date the Court ordered for the joint submission of the

1446572.2  1514744A                                  3

1  Proposed Findings.  Moreover, in the afternoon of September 26, Mr. Price emailed me a four-page

2  letter to follow up on our September 25 conversation and elaborate on his clients' suggested

3  revisions to the Proposed Findings.

4      19.    For the foregoing reasons I will lodge with the Court the Proposed Findings sent to

5  Mr. Price on August 23, except for exhibits.  Pursuant to Local Bankruptcy Rule 9021-1, attached

6  hereto are Exhibit "1" and Exhibit "2" to the Proposed Findings.  Exhibit "1" is a list of students

7  (obligors) whose monetary obligations to the Debtor were, and are, evidenced by enrollment

8  agreements only and which were purchased by Michael pursuant to either the First Bill of Sale or

9  the Second Bill of Sale, as described in the Proposed Findings.  Exhibit "2" is a list of students

10  (obligors) whose monetary obligations to the Debtor were purchased by Michael pursuant to the

11  First Bill of Sale or Second Bill of Sale and which were, and are, evidenced by both enrollment

12  agreements and contemporaneously executed and delivered promissory notes which were in the

13  possession of Michael as of the commencement of the Bankruptcy Case on March 27, 2015 (the

14  "Petition Date"), as described in the Proposed Findings.

15      20.    During our September 25 conversation Mr. Price advised that he would submit to

16  the Court the Proposed Findings with his clients' suggested revisions.

17      21.    During our September 25 conversation Mr. Price disputed the authority of the Court

18  to enter a judgment for the value of the monetary obligations sold by the Bills of Sale which were

19  evidenced by enrollment agreements only, with such value determined as of the dates of the

20  transfers under the respective Bills of Sale.  Without limitation, In re Brown, 118 B.R. 57, 59-62

21  (Bankr. N.D. Tex. 1990), provides authority for the Court's entry of such relief.

22

23      I declare, under penalty of perjury, that the foregoing is true and correct.

24      Executed, on September 26, 2017, at Los Angeles, California.

25

26      MICHAEL G. D'ALBA

27

28

EXHIBIT 1

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

|  | Name of Obligor | Original Amount Owed |
|---|---|---|
| 1 | Abdkader, Tariq | $33,235.50 |
| 2 | Adams, Chey | $22,093.72 |
| 3 | Agakanian, Kristine | $30,509.00 |
| 4 | Aguila, Antonio | $33,235.50 |
| 5 | Aguilera, Augustin | $30,509.00 |
| 6 | Aguilera, Augustin | $20,143.00 |
| 7 | Aguillar, Omar | $33,235.50 |
| 8 | Ainsworth, Scott | $30,192.95 |
| 9 | Alamillo, Nick | $30,192.95 |
| 10 | Allen, Deuce | $24,169.45 |
| 11 | Allen, Jay | $33,292.50 |
| 12 | Alvarado, Roxana | $33,235.50 |
| 13 | Alvarez, Yonatan | $24,169.45 |
| 14 | Anderson, Alexander | $24,169.45 |
| 15 | Aranda, Nicholas | $30,509.00 |
| 16 | Arcega, Kimberly | $30,509.00 |
| 17 | Arellano, Paul | $30,510.50 |
| 18 | Armendariz, Sergio | $33,292.50 |
| 19 | Armstrong, Crystalann | $21,271.58 |
| 20 | Arnold, Edward | $32,365.14 |
| 21 | Arnold, Edward | $21,233.32 |
| 22 | Arteaga, Adam | $30,207.00 |
| 23 | Arthur, Matthew | $24,169.45 |
| 24 | Artola, Daniel | $24,169.45 |
| 25 | Avila, Brian | $23,619.00 |
| 26 | Ayala, Angel | $33,235.50 |
| 27 | Babikian, Razmik | $22,160.00 |
| 28 | Baird, Jason | $33,235.50 |
| 29 | Banderas, Miguel | $30,207.00 |
| 30 | Barnes, Lasalle | $23,591.00 |
| 31 | Barry, James | $21,270.88 |
| 32 | Bartow, Roger | $32,365.14 |
| 33 | Beckman, Jerry | $21,293.80 |
| 34 | Beelen,Troy | $33,235.50 |
| 35 | Beelen,Troy | $22,093.73 |
| 36 | Bell, Michael | $30,192.95 |
| 37 | Benito, Daniel | $30,509.00 |
| 38 | Bennett, Terence | $20,143.00 |
| 39 | Benney, Joan | $30,117.95 |
| 40 | Bernal, Ryan | $30,207.00 |
| 41 | Bernardo, Bernice | $21,233.32 |
| 42 | Berrios, Stephanie | $21,233.32 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 43 | Berry, Richard | $24,169.45 |
| 44 | Beth, Sara | $23,619.00 |
| 45 | Biddle, Chinell C. | $21,233.32 |
| 46 | Biddle, Chinell C. | $18,083.00 |
| 47 | Bitner, Tyler | $30,837.50 |
| 48 | Block, Matthew | $33,292.50 |
| 49 | Bolerjack, Jonathan | $30,192.95 |
| 50 | Bolton, Ariel | $24,169.45 |
| 51 | Bonilla Jr., Hector | $30,207.00 |
| 52 | Bonilla, Christian | $30,573.75 |
| 53 | Bonilla, David | $24,169.45 |
| 54 | Botton, Charlie | $33,292.50 |
| 55 | Boulais, Matthew | $33,235.50 |
| 56 | Bould, Brandon | $33,235.50 |
| 57 | Bradley, Alexander | $21,271.58 |
| 58 | Brewer, Lindsey | $33,235.50 |
| 59 | Brewster, Darren | $18,118.98 |
| 60 | Briones, Ivirubitza | $33,235.50 |
| 61 | Brown, Myeshia | $24,169.45 |
| 62 | Bryant, Barry | $21,293.80 |
| 63 | Burhans, Andreas | $21,293.80 |
| 64 | Burhans, Andreas | $30,207.00 |
| 65 | Burnett Jr., Gehrig | $30,207.00 |
| 66 | Burrows, Jami | $21,271.58 |
| 67 | Burruss, Jr., Carl A. | $30,192.95 |
| 68 | Cabrera, Lupita | $30,192.95 |
| 69 | Caceres, Cathy | $21,233.32 |
| 70 | Caldwell, Mickey | $24,212.94 |
| 71 | Cannan, Andrew | $21,271.58 |
| 72 | Caparas, Mia (Capatan) | $30,529.29 |
| 73 | Caparas, Mia (Capatan) | $19,098.59 |
| 74 | Carlson, Curt | $24,169.45 |
| 75 | Carol, Seraiah | $30,192.95 |
| 76 | Carpenter, Jeremy | $33,219.00 |
| 77 | Carrasco, Frankie | $19,098.59 |
| 78 | Carrasco, Frankie | $21,256.18 |
| 79 | Carreiro, Thomas | $33,235.50 |
| 80 | Carslaw, Andrew | $32,365.14 |
| 81 | Carson, Malek | $24,169.45 |
| 82 | Carter, Robert | $24,169.45 |
| 83 | Cash, Mario L. | $30,192.95 |
| 84 | Castellanos, Eliu | $24,169.45 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

|    | Name of Obligor | Original Amount Owed |
|----|-----------------|---------------------|
| 85 | Castillo, Jose | $21,271.58 |
| 86 | Cetrone, Sage | $30,509.00 |
| 87 | Chacon, Garry | $30,509.00 |
| 88 | Chambers, Piyanuch | $20,143.00 |
| 89 | Chan, Natalie | $30,207.00 |
| 90 | Charles, Justin | $33,235.50 |
| 91 | Chavez, David | $21,233.32 |
| 92 | Chavez, Michael | $23,619.00 |
| 93 | Clark, Nathaniel | $33,325.50 |
| 94 | Combs, Jerry | $33,325.50 |
| 95 | Conchas, Roberto | $30,192.95 |
| 96 | Conte, Angela | $21,271.58 |
| 97 | Conte, Greg | $22,148.72 |
| 98 | Corey, Alexis | $24,212.94 |
| 99 | Cortes, Walter | $32,365.14 |
| 100 | Cota, Matthew | $22,148.72 |
| 101 | Cox, Charles | $22,160.00 |
| 102 | Cox, Myles | $23,591.00 |
| 103 | Coyne, Chris | $23,591.00 |
| 104 | Crain, Matthew | $30,192.95 |
| 105 | Crawford, Cole | $21,256.18 |
| 106 | Cross, Kristofer | $30,207.00 |
| 107 | Crow, Cameron | $21,179.09 |
| 108 | Crow, Cameron | $30,192.95 |
| 109 | Cuesta, Karlo Ian | $22,148.72 |
| 110 | Curtis, Tasha | $30,207.00 |
| 111 | Dalechek, Dale | $30,509.00 |
| 112 | Dasilva, Givaldo | $30,800.44 |
| 113 | Dasilva, Marcelo | $21,233.32 |
| 114 | Davey, Geoffrey | $33,235.50 |
| 115 | Davis, Denise | $23,619.00 |
| 116 | Davis, Devora | $21,256.18 |
| 117 | Davis, Samantha | $24,169.45 |
| 118 | Davis, Spencer | $30,509.00 |
| 119 | De La Cerda, Gabriel | $21,256.18 |
| 120 | De La Paz, Ernesto | $32,365.14 |
| 121 | De Souza, Allegra | $22,148.72 |
| 122 | DeSantos, Joe Louis | $30,509.00 |
| 123 | Diamond, Jesse | $33,292.50 |
| 124 | Diaz, Claudio | $19,098.59 |
| 125 | Diaz, Gabriel | $24,169.45 |
| 126 | Diggs, James | $30,837.50 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 127 | Dion, Junius | $32,297.95 |
| 128 | Doyle, Marques | $30,509.00 |
| 129 | Dubets, John | $18,118.98 |
| 130 | Dupell, Durand | $30,132.00 |
| 131 | Duplessis, Aaron | $30,207.00 |
| 132 | Duran, Anthony | $33,235.50 |
| 133 | Duran, Zolim | $24,212.94 |
| 134 | Durden, Raymond | $33,235.50 |
| 135 | Elder, Kyle A. | $19,098.59 |
| 136 | Elfarra, Samir | $22,148.72 |
| 137 | Ero, Paul | $32,365.14 |
| 138 | Esemenli, Illgin | $21,218.58 |
| 139 | Espinoza, Luke | $32,365.14 |
| 140 | Espinoza, Laura | $30,192.95 |
| 141 | Estrada, Eduardo | $33,235.50 |
| 142 | Estrada, Francis | $25,198.66 |
| 143 | Estrada, Francis | $30,132.00 |
| 144 | Falcon, Christian | $23,981.18 |
| 145 | Farrar, Gary | $21,293.80 |
| 146 | Feder, Andrew | $21,233.32 |
| 147 | Felipe, Jennifer | $21,233.32 |
| 148 | Ferman, Jonathan | $33,235.50 |
| 149 | Fernandez, Jesus | $32,285.14 |
| 150 | Ferrando, Satish | $30,509.00 |
| 151 | Fickle, Rio | $30,509.00 |
| 152 | Fischer, Chris | $30,207.00 |
| 153 | Fisher, George | $22,160.00 |
| 154 | Fisher, Jordan | $21,256.18 |
| 155 | Fisher, Jordan | $22,148.72 |
| 156 | Flores, Andy | $22,160.00 |
| 157 | Flores, Pablo | $24,169.45 |
| 158 | Fraker, Justin | $22,160.00 |
| 159 | Franco, Wilberth | $32,365.14 |
| 160 | Frazier, Tim | $24,212.94 |
| 161 | Freedman, Colton | $24,169.45 |
| 162 | Friday, Marcel | $21,293.80 |
| 163 | Gallardo, Carolina | $21,233.32 |
| 164 | Garcia Jr., Francisco J. | $33,235.50 |
| 165 | Garcia, Luis | $33,292.50 |
| 166 | Garcia-Torres, Fabian | $24,169.45 |
| 167 | Gasparyan, Artak | $32,365.14 |
| 168 | Gatus, Godofredo | $30,509.00 |
| 169 | Gavin, Erin | $21,271.58 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

|  | Name of Obligor | Original Amount Owed |
|---|---|---|
| 170 | Geozian, Art | $30,207.00 |
| 171 | Giguere, Evan | $21,233.32 |
| 172 | Gillespie, Bennett | $30,509.00 |
| 173 | Gismero, Maggie | $33,235.50 |
| 174 | Gois, Flavio | $21,270.88 |
| 175 | Gomez, Marvin | $22,148.72 |
| 176 | Gonchor, Zack | $30,509.00 |
| 177 | Gonzales, Anthony | $24,212.94 |
| 178 | Gonzales, Cynthia | $21,233.32 |
| 179 | Gonzales, Jeremy | $24,169.45 |
| 180 | Gonzalez, Janou | $30,509.00 |
| 181 | Gordon, Richard | $23,619.00 |
| 182 | Govea, Nilton | $33,235.50 |
| 183 | Grabowski, Eric M. | $21,270.88 |
| 184 | Gray, Rodney | $24,169.45 |
| 185 | Greenfield, Reed | $21,179.09 |
| 186 | Griffin, Ken | $30,192.95 |
| 187 | Groom, Darnell | $21,256.18 |
| 188 | Gross, David | $24,169.45 |
| 189 | Grubb, Tyson | $30,509.00 |
| 190 | Guelzo, Jonah | $22,093.72 |
| 191 | Guerra, Meredith | $30,192.95 |
| 192 | Gutierrez, Bryan | $24,212.94 |
| 193 | Guzman, Cristian | $19,098.59 |
| 194 | Hallada, Matthew | $23,619.00 |
| 195 | Hanson, Travis | $33,235.50 |
| 196 | Harden Jr, Robert | $21,256.18 |
| 197 | Hardie, Sherrice | $33,292.50 |
| 198 | Harding, Marques J. | $30,207.00 |
| 199 | Harrell, Joe | $30,509.00 |
| 200 | Harris, James | $21,293.80 |
| 201 | Harris, Jimmy | $21,293.80 |
| 202 | Harris, Ned | $30,207.00 |
| 203 | Harting, Robert | $20,165.68 |
| 204 | Hasan, Maiya | $20,166.18 |
| 205 | Hatcher, Scott | $30,509.00 |
| 206 | Hawkins, Gerald | $20,293.80 |
| 207 | Hawkins, Nathan | $33,235.50 |
| 208 | Hayes, Kelcie | $33,292.50 |
| 209 | Heasley, Trevor | $21,271.58 |
| 210 | Henriquez, Cesar | $33,235.50 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 211 | Hernandez, Jose | $33,235.50 |
| 212 | Hernandez, Marco | $21,233.32 |
| 213 | Hogard, Zachary | $30,132.00 |
| 214 | Holguin, Erica | $22,148.72 |
| 215 | Holverson, Cyler | $24,152.94 |
| 216 | Horst, Darbi | $22,148.72 |
| 217 | Houck, Lynde | $24,169.45 |
| 218 | Howard, Spencer | $30,509.00 |
| 219 | Huezo, Eric | $24,169.45 |
| 220 | Hurst Jr, William | $19,105.00 |
| 221 | Ibarra, Matthew | $22,148.72 |
| 222 | Jackson, Joshua | $20,143.00 |
| 223 | Jamerson, Kiara | $33,292.50 |
| 224 | James, Alesia | $21,293.80 |
| 225 | Jarquin, Angel | $18,197.96 |
| 226 | Jasso, Rosio | $21,293.80 |
| 227 | Jimenez, Federico | $30,509.00 |
| 228 | Johnson, Bryant | $18,128.00 |
| 229 | Johnson, Jeremy | $21,222.82 |
| 230 | Johnson, Raevun | $24,169.45 |
| 231 | Johnston, Brian | $30,132.00 |
| 232 | Jones, Filisha | $30,509.00 |
| 233 | Jones, Katha | $21,256.18 |
| 234 | Jones, Laura | $19,098.59 |
| 235 | Jones, Tyler | $24,169.45 |
| 236 | Josaphat, Patrick | $20,143.00 |
| 237 | Juarez, Eliseo | $30,509.00 |
| 238 | Julian, Cyrus | $22,148.72 |
| 239 | Kanehann, Patrick | $30,594.00 |
| 240 | Kelly, Brian | $21,271.58 |
| 241 | Kim, Henry | $30,509.00 |
| 242 | King, Rodney | $24,169.45 |
| 243 | Kircos, Michael S. | $30,192.95 |
| 244 | Kitilya, Prosper | $18,128.00 |
| 245 | Kovacs, Blanka | $30,132.00 |
| 246 | Kuhn, Donald | $21,233.32 |
| 247 | Kutch, Rugene | $18,118.98 |
| 248 | Lamb, Andre | $30,509.00 |
| 249 | Lara Jr., Andres | $24,169.45 |
| 250 | Larson, Drew | $30,837.50 |
| 251 | Leal, Roberto | $21,222.82 |
| 252 | Lee, Bridgette | $30,509.00 |
| 253 | Lee, Manfred | $30,207.00 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

|     | Name of Obligor | Original Amount Owed |
|-----|-----------------|----------------------|
| 254 | Leighe, Kristen | $33,292.50 |
| 255 | LeMmons, Dena | $33,292.50 |
| 256 | Lenge, Chris | $18,128.00 |
| 257 | Lewis, Traf | $33,292.50 |
| 258 | Lindsay, Nicholas | $24,152.94 |
| 259 | Little, Aletia | $30,509.00 |
| 260 | Little, Scott | $30,207.00 |
| 261 | Lockheimer, Trevor | $21,233.32 |
| 262 | Lomeli, Benjamin | $30,509.00 |
| 263 | Lopez, Jose | $22,148.72 |
| 264 | Lopez, Margie | $21,293.80 |
| 265 | Lopez, Roberto | $23,619.00 |
| 266 | Lufkin, Derek | $30,509.00 |
| 267 | Luna Jr., John | $24,867.47 |
| 268 | Lynch, Brett | $21,271.58 |
| 269 | Lyneis, Morgan | $33,235.50 |
| 270 | Lyons, Michele | $33,292.50 |
| 271 | Mabugat, Teresa | $33,292.50 |
| 272 | Macaranas, Nathan | $24,212.94 |
| 273 | Machado, April | $23,619.00 |
| 274 | Mackie, Mark | $33,292.50 |
| 275 | Magdesyan, Avedis | $21,293.80 |
| 276 | Makhzoomi, Ola | $33,292.50 |
| 277 | Mann, Michael | $21,233.32 |
| 278 | Marquez, Corinne | $30,509.00 |
| 279 | Marroquin, Monica | $21,233.32 |
| 280 | Martinez, Angela | $19,105.00 |
| 281 | Martinez, Anna | $30,207.00 |
| 282 | Martinez, Brian | $33,235.50 |
| 283 | Martinez, Joel | $19,098.59 |
| 284 | Martinez, Jose | $32,365.14 |
| 285 | Martinez, Michael | $23,619.00 |
| 286 | Martishius, Whitney | $33,235.50 |
| 287 | Mason, Emily | $30,192.95 |
| 288 | Matranga, Vinny | $22,093.72 |
| 289 | McCarthy, Johnny | $22,148.72 |
| 290 | McClanahan, Traves | $22,093.72 |
| 291 | McCullough, Lindsey | $30,509.00 |
| 292 | McGill, Jr., Luther Charles | $21,293.80 |
| 293 | McGuire, Mark | $32,365.14 |
| 294 | Mckinney, Daniel | $30,509.00 |
| 295 | McKnight, Samuel | $30,509.00 |
| 296 | McManus, Simi | $30,509.00 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 297 | McMurtry, Kayla | $24,212.94 |
| 298 | McQuinn, Mark jr. | $30,207.00 |
| 299 | McStotts, Morgan | $33,292.50 |
| 300 | Meierhenry, Scott | $30,509.00 |
| 301 | Mena, Arlex | $21,271.58 |
| 302 | Mendez, Noel | $24,212.94 |
| 303 | Mendoza, Rodolfo R | $24,169.45 |
| 304 | Meneses, Elizabeth | $33,235.50 |
| 305 | Menjivar, Michael | $30,837.50 |
| 306 | Merindino, Travis | $21,293.80 |
| 307 | Merindino, Travis | $30,192.95 |
| 308 | Merk, Gene | $21,256.18 |
| 309 | Messerer-Chatman, Aris | $23,619.00 |
| 310 | Meyer, Rex | $33,235.50 |
| 311 | Meza, Daniel | $33,235.50 |
| 312 | Meza, Elizabeth | $24,169.45 |
| 313 | Michell, Jaimee | $19,057.50 |
| 314 | Miles, Elizabeth | $30,192.95 |
| 315 | Miranda, Nicholas | $33,292.50 |
| 316 | Montoya, Daniel | $21,218.58 |
| 317 | Moore, Winston | $24,169.45 |
| 318 | Moore, Winston | $18,118.90 |
| 319 | Morales, Sarah | $30,509.00 |
| 320 | Moreno, Jessica | $21,271.58 |
| 321 | Morgan, Justin | $20,143.00 |
| 322 | Moss, Amanda | $30,192.95 |
| 323 | Movsisyan, Avo | $24,169.45 |
| 324 | Mulberry, Kyle | $32,365.14 |
| 325 | Muller, Michael | $30,192.95 |
| 326 | Munoz, Samuel | $23,619.00 |
| 327 | Murray, Ryan | $21,247.50 |
| 328 | Murtha, Darren | $33,235.50 |
| 329 | Navarre, Paula | $30,207.00 |
| 330 | Naope, Kyn | $21,256.18 |
| 331 | Nguyen, Anh | $33,292.50 |
| 332 | Nguyen, Anh | $20,143.00 |
| 333 | Nicholson, Bruce | $21,233.32 |
| 334 | Norierga, Juan Ramon | $30,192.95 |
| 335 | Nutt, Gregory | $21,293.80 |
| 336 | Oakenfull, Claudia | $30,509.00 |
| 337 | Obergfoll, Jason | $23,619.00 |
| 338 | O'Brien, Levi | $24,153.72 |
| 339 | O'Campo, Christopher | $30,509.00 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

|  | Name of Obligor | Original Amount Owed |
|---|---|---|
| 340 | Occhipinti, Judit | $18,118.98 |
| 341 | Ochoa, Ericka | $19,098.59 |
| 342 | Ogunyode, Theo | $21,293.80 |
| 343 | Olague, Benny | $30,509.00 |
| 344 | O'Neill, Flynn | $33,292.50 |
| 345 | Orcullo, Brian | $23,619.00 |
| 346 | Oriza, Michael | $32,365.14 |
| 347 | Oros, Julian | $30,192.95 |
| 348 | Palacios, Vincent | $30,509.00 |
| 349 | Papalia, Alex | $33,235.50 |
| 350 | Papazian, Peter | $30,207.00 |
| 351 | Paprocki, Bogdan | $30,207.00 |
| 352 | Partida, Pedro | $30,509.00 |
| 353 | Payaslyan, Jack | $30,192.95 |
| 354 | Peck, Michael | $33,292.50 |
| 355 | Perez, Steve | $33,235.50 |
| 356 | Peters, Kelly | $30,104.00 |
| 357 | Petersen, Kris | $33,235.50 |
| 358 | Pittman, Detra | $21,293.80 |
| 359 | Plaengprawat, Tana | $33,235.50 |
| 360 | Poland, Wes | $26,931.69 |
| 361 | Pompey, Glenn | $21,256.18 |
| 362 | Porter, Brian | $33,301.50 |
| 363 | Powell, Justina | $32,235.50 |
| 364 | Prawdzik, Jessica | $23,619.00 |
| 365 | Pryor, Melody | $24,169.45 |
| 366 | Purcell, Brandon | $24,212.94 |
| 367 | Quan, Jin | $30,207.00 |
| 368 | Rahbary, Arash | $23,619.00 |
| 369 | Ramirez, Christian | $24,212.94 |
| 370 | Ramirez, Jaime | $24,169.45 |
| 371 | Ramirez, Jorge | $22,160.00 |
| 372 | Ramos, Arturo | $19,098.59 |
| 373 | Ramos, David | $33,235.50 |
| 374 | Ray, DeSean | $30,207.00 |
| 375 | Reeve, Nicolai | $22,160.00 |
| 376 | Renoj, Antonio | $33,292.50 |
| 377 | Requena, Aaron | $21,256.18 |
| 378 | Requena, Anthony | $24,212.94 |
| 379 | Rey, John Chrys | $21,256.18 |
| 380 | Reyes, Serena | $19,105.00 |
| 381 | Rice, Lance | $18,118.98 |
| 382 | Richards, Brian | $19,098.59 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 383 | Rincon, Roger J. | $21,956.34 |
| 384 | Rincon, Roger J. | $30,207.00 |
| 385 | Rivera, Carlos | $20,143.00 |
| 386 | Rivera, David | $20,531.69 |
| 387 | Robbins, Evan | $24,212.94 |
| 388 | Roberts, Sheree | $21,271.58 |
| 389 | Robinson, Gregory | $21,256.18 |
| 390 | Robinson, Nailah | $30,510.50 |
| 391 | Rodriguez, Kelly | $32,365.14 |
| 392 | Rodriguez, Marina | $33,292.50 |
| 393 | Rodriguez, Miguel | $22,148.72 |
| 394 | Romero, Oscar | $24,169.45 |
| 395 | Rose, Suzanne | $33,292.50 |
| 396 | Ross, Jordan | $21,293.80 |
| 397 | Rozo, Juan | $21,293.80 |
| 398 | Ruffing, Nicholas | $30,509.00 |
| 399 | Ruiz, Daniel | $30,192.95 |
| 400 | Ruiz, Michael | $20,165.68 |
| 401 | Ruther, Alex | $21,233.32 |
| 402 | Rutledge, Paige | $24,212.94 |
| 403 | Ryan, Michael D. | $33,292.50 |
| 404 | Saldana, Christina | $30,509.00 |
| 405 | Sanders, Charles | $32,365.14 |
| 406 | Sandoval, Richard | $30,207.00 |
| 407 | Santacruz, Andrew | $32,365.14 |
| 408 | Santamaria, Oscar | $21,271.58 |
| 409 | Santizo, David | $24,169.45 |
| 410 | Santos, Michelle | $24,169.45 |
| 411 | Saris, Karina | $30,509.00 |
| 412 | Sato, Tyki | $32,365.14 |
| 413 | Sciortino, Stephanie | $21,270.88 |
| 414 | Scott, Maria Teresa | $30,192.95 |
| 415 | Sealey, Tikeon | $30,510.50 |
| 416 | Seeff, Shayne | $30,509.00 |
| 417 | Seidner, Matt | $32,365.14 |
| 418 | Selinger, Eduardo | $21,256.18 |
| 419 | Selinger, Kristel | $21,233.32 |
| 420 | Senaratne, Senaka | $30,207.00 |
| 421 | Sennett, Donald Joseph | $33,210.00 |
| 422 | Sepulveda, John | $30,509.00 |
| 423 | Seres, Nandor | $20,143.00 |
| 424 | Serpas, David | $33,292.50 |
| 425 | Shabaf, Ptah | $21,271.58 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 426 | Shellenberger, Lloyd | $23,619.00 |
| 427 | Shellenberger, Lloyd | $33,292.50 |
| 428 | Short, Kailey | $23,619.00 |
| 429 | Simpson, Dominique | $21,293.80 |
| 430 | Skala, Brian | $33,392.50 |
| 431 | Smith, Slade S. | $19,098.59 |
| 432 | Soares, Laiku | $32,365.14 |
| 433 | Sommers, Jacob | $30,192.95 |
| 434 | Sosa, Shawn | $30,509.00 |
| 435 | Stabile, Joslyn | $30,510.50 |
| 436 | Stafford, Cornelius | $20,165.68 |
| 437 | Staggs, Andrew | $30,192.95 |
| 438 | Starr, Michael | $30,192.95 |
| 439 | Stephens, Monica | $26,916.39 |
| 440 | Stiles, Jasmine | $33,219.00 |
| 441 | Stokes, Kelsey | $30,509.00 |
| 442 | Stone, Garret | $21,256.18 |
| 443 | Stoppiello, Anthony | $30,207.00 |
| 444 | Summers, Charles | $24,157.45 |
| 445 | Sundar, Ramprasad | $24,152.94 |
| 446 | Switzer, Richard | $30,509.00 |
| 447 | Taei, Zohreh | $21,271.58 |
| 448 | Talavera, Jack | $24,169.45 |
| 449 | Tan, Gretchen | $33,292.50 |
| 450 | Tarakchian, Nairie | $21,233.32 |
| 451 | Taylor, Tarrance | $30,192.95 |
| 452 | Tello, Oscar | $24,169.45 |
| 453 | Tenorio, Emmanuelle | $23,619.00 |
| 454 | Terrell, Jonathan | $30,509.00 |
| 455 | Thompson, Erol D. | $33,235.50 |
| 456 | Thompson, Leslie | $33,235.50 |
| 457 | Tidwell, Linda | $18,128.00 |
| 458 | Tidwell, Troy | $30,207.00 |
| 459 | Tillman, Denise J. | $33,210.00 |
| 460 | Tippins, Sarai | $33,235.50 |
| 461 | Tovar, Jose | $22,148.72 |
| 462 | Tozzi, Melissa | $30,509.99 |
| 463 | Tran, Tien | $30,192.95 |
| 464 | Turk, Jeff | $21,293.80 |
| 465 | Turner, Frank | $30,800.44 |
| 466 | Turner, Nicholas | $21,126.09 |
| 467 | Tyars, Christopher | $18,128.00 |
| 468 | Uribe, Marisela | $33,235.50 |

VIDEO SYMPHONY ENTERTRAINING, INC.
U.S.B.C. CASE NO: 2:15-bk-14744-BB
Enrollment Agreements

|     | Name of Obligor | Original Amount Owed |
|-----|-----------------|---------------------|
| 469 | Vahle, Alex | $21,271.58 |
| 470 | Vahle, Sean A. | $30,207.00 |
| 471 | Valdez, Elizabeth | $21,293.80 |
| 472 | Valdez, Priscilla | $32,365.14 |
| 473 | Valencia, Vincent | $21,256.18 |
| 474 | Vasquez, Armando | $33,292.50 |
| 475 | Vergara, Issac | $23,619.00 |
| 476 | Villasenor, Daniel | $24,212.94 |
| 477 | Villegas, Priscilla | $21,293.80 |
| 478 | Villeneuve, Ken | $22,148.72 |
| 479 | Vinalon, Art Kristoffer | $30,509.00 |
| 480 | Voytko, Jonathan | $33,345.26 |
| 481 | Walker, Richard | $16,919.89 |
| 482 | Walker, Richard | $18,128.00 |
| 483 | Waller, Timothy | $23,619.00 |
| 484 | Washington, Bobby | $24,867.47 |
| 485 | Washington, Sean | $24,169.45 |
| 486 | Wells, Valerie | $21,271.58 |
| 487 | West, Darius | $21,256.18 |
| 488 | Wexler, Christopher | $30,509.00 |
| 489 | Wheeler, Sheri | $33,292.50 |
| 490 | Whiteside, David | $33,235.50 |
| 491 | Whitney, Pat | $30,837.50 |
| 492 | Whitney, Pat | $24,169.45 |
| 493 | Wideman, Bobby | $24,212.94 |
| 494 | Williams, LaDonn | $22,148.72 |
| 495 | Williams, Ron | $30,192.95 |
| 496 | Williams, Wazeerah | $30,192.95 |
| 497 | Williamson, Aaron | $21,233.32 |
| 498 | Wills, Ryan | $21,293.80 |
| 499 | Wood, Justin | $30,192.95 |
| 500 | Woods, Barron | $20,165.68 |
| 501 | Wren, Megan | $21,240.80 |
| 502 | Yarbrough, Michael | $20,165.68 |
| 503 | Yu, Helen | $31,035.50 |
| 504 | Zavala, Jeff | $24,212.94 |
| 505 | Zegarra, Rainiero Mauricio | $22,148.72 |
| 506 | Zelaya, Ruth | $30,192.95 |
| 507 | Zoegar, Sandor | $21,233.32 |
| 508 | Zouein, Roni | $22,148.72 |
|     | TOTAL: | $13,483,094.31 |

EXHIBIT 2

**VIDEO SYMPHONY ENTERTRAINING, INC.**

**U.S.B.C. CASE NO. 2:15-BK-14744-BK**

**Student Promissory Notes With Enrollment Agreements**

| | Name of Obligor | Original Amount Owed |
|---|---|---|
| 1 | Arcega, Kimberly | $2,278.00 |
| 2 | Banderas, Miguel | $987.00 |
| 3 | Beelen,Troy | $2,544.14 |
| 4 | Beelen,Troy | $13,507.20 |
| 5 | Caparas, Mia (Capatan) | $633.00 |
| 6 | Carson, Malek | $9,379.52 |
| 7 | Chacon, Garry | $4,818.00 |
| 8 | Chan, Natalie | 4,835.25 |
| 9 | Curtis, Tasha | $2,420.25 |
| 10 | Curtis, Tasha | $1,065.75 |
| 11 | Davis, Devora | $10,865.22 |
| 12 | Davis, Spencer | $10,932.36 |
| 13 | DeSantos, Joe Louis | $1,033.00 |
| 14 | Esemenli, Illgin | $7,106.18 |
| 15 | Espinosa, Luke | $6,150.14 |
| 16 | Espinoza, Laura | $9,666.25 |
| 17 | Ferrando, Satish | $5,918.00 |
| 18 | Fischer, Chris | $4,835.25 |
| 19 | Fisher, George | $1,838.00 |
| 20 | Fraker, Justin | $3,547.95 |
| 21 | Hardie, Sherrice | $19,891.70 |
| 22 | Howard, Spencer | $3,328.00 |
| 23 | Ibarra, Matthew | $1,338.00 |
| 24 | Jones, Laura | $1,252.00 |
| 25 | Julian, Cyrus | $1,824.90 |
| 26 | Kuhn, Donald | $4,595.14 |
| 27 | Lamb, Andre | $8,078.91 |
| 28 | Lufkin, Derek | $10,878.77 |
| 29 | Marquez, Corinne | $11,039.54 |
| 30 | Martinez, Anna | $1,115.00 |
| 31 | McStotts, Morgan | $16,280.14 |
| 32 | Moore, Winston | $2,880.23 |
| 33 | Ochoa, Ericka | $5,920.00 |
| 34 | Oros, Julian | $19,122.00 |
| 35 | Payaslyan, Jack | $12,080.00 |
| 36 | Pryor, Melody | $11,644.60 |
| 37 | Quan, Jin | $4,770.00 |
| 38 | Ramirez, Jorge | $1,740.90 |
| 39 | Ramirez, Jorge | $7,695.45 |
| 40 | Sciortino, Stephanie | $4,023.91 |
| 41 | Seidner, Matt | 18,219.75 |
| 42 | Staggs, Andrew | $7,305.95 |
| 43 | Starr, Michael | $1,309.64 |
| 44 | Stiles, Jasmine | $2,955.00 |
| 45 | Tovar, Jose | $20,248.72 |
| 46 | Valdez, Priscilla | $8,400.00 |

**VIDEO SYMPHONY ENTERTRAINING, INC.**

**U.S.B.C. CASE NO. 2:15-BK-14744-BK**

**Student Promissory Notes With Enrollment Agreements**

| | | |
|---|---|---|
| 47 | Voytko, Jonathan | 10,565.14 |
| 48 | Wexler, Christopher | $2,533.00 |
| | TOTAL | **$325,396.85** |

00018

13e3e5e0a6b3470992cd6563f0e5c995.XLS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*):  DECLARATION OF MICHAEL G. D'ALBA RE TRUSTEE'S SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ON CROSS MOTIONS FOR PARTIAL SUMMARY ADJUDICATION  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 26, 2017  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⌧ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:  On September 26, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⌧ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  September 26, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY BY ALSSI ON SEPTEMBER 27, 2017
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1534
255 E. Temple Street
Los Angeles, CA 90012

⌧ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2017 | Cindy Cripe | *Cindy Cripe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Howard Kollitz on behalf of Plaintiff Richard K. Diamond, Chapter 7 Trustee, Plaintiff
HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com

Michael G D'Alba on behalf of Plaintiff Richard K. Diamond, Chapter 7 Trustee, Plaintiff
mgd@dgdk.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael Jay Berger on behalf of Other Professional Michael Jay Berger
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Richard K Diamond (TR) RKDTrustee@dgdk.com,
rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com

Samuel Price on behalf of Defendant Michael Gerard Flanagan, as trustee of The Michael and
Alice Flanagan Family Trust dated July 25, 2009 sprice@pooleshaffery.com,
sabrignani@pooleshaffery.com

Samuel Price on behalf of Defendant Video Symphony, LLC sprice@pooleshaffery.com,
sabrignani@pooleshaffery.com

Samuel Price on behalf of Defendant Alice Yick Flanagan, as trustee of The Michael and Alice
Flanagan Family Trust dated July 25 sprice@pooleshaffery.com, sabrignani@pooleshaffery.com

Samuel Price on behalf of Defendant Michael Gerard Flanagan sprice@pooleshaffery.com,
sabrignani@pooleshaffery.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Walter K Oetzell on behalf of Plaintiff Richard K. Diamond, Chapter 7 Trustee, Plaintiff
woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com

## 2. **SERVED BY UNITED STATES MAIL**

Judge Graciela Freixes/Judge Rick Brown
Los Angeles Superior Court, Dept. F-43
9425 Penfield Avenue
Chatsworth, CA 91311

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**